# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -00547(1,2) |
| | § |
| (1) Alise A Campbell | § |
| (2) Terence Turone Conner | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 24, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **Border Patrol Agent, DE LA GARZA, ZACHARY** and that this complaint is based on the following facts: *"On February 24, 2025, DEFENDANTS, Alise A CAMPBELL and Terence Turone CONNER, was arrested near Eagle Pass, TX, within the Western District of Texas, for conspiring to transport an illegal alien further into the United States. The DEFENDANTS approached the Immigration checkpoint located on Highway 57 driving a grey Jeep Cherokee. At primary, Agents observed a blanket in the back seat. The driver, CAMBELL, consented to*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,       /s/ DE LA GARZA, ZACHARY
                                                        Signature of Complainant
                                                        DE LA GARZA, ZACHARY
                                                        Border Patrol Agent

02/27/2025                                              at   DEL RIO, Texas
File Date                                                    City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE                              Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:25-M -00547(1,2)

(1) Alise A Campbell
(2) Terence Turone Conner

**Continuation of Statement of Facts:**

a search of the vehicle which resulted in the discovery of a male subject hidden underneath the blanket. The subject admitted to being a national of Mexico and illegally present in the United States. Post Miranda, both defendants admitted to conspiring with an unknown facilitator to transport an illegal alien further into the United States for monetary gain."

_____
Signature of Judicial Officer

/s/ DE LA GARZA, ZACHARY
Signature of Complainant